TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00233-CV







In re Wilson N. Jones Memorial Hospital; Ramona Henson, R.N.; and Shelly Self, L.V.N.







ORIGINAL PROCEEDING FROM TRAVIS COUNTY





M E M O R A N D U M O P I N I O N




 Relators have filed their petition for writ of mandamus. See Tex. R. App. P. 52.8.
The real parties in interest filed a motion to dismiss, arguing dismissal is proper due to alleged
violations of the rules of appellate procedure. We overrule the motion to dismiss and deny the
petition for writ of mandamus.



 __________________________________________

 Mack Kidd, Justice

Before Justices Kidd, Yeakel and Patterson

Filed: June 24, 2003